IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| MONZELLE L. STEPTOE | § | |
| VS. | § | CIVIL ACTION NO. 1:24-CV-500 |
| ANGELA N. CHEVALIER, ET AL. | § | |

### ORDER OVERRULING PLAINTIFF'S OBJECTIONS AND ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Monzelle L. Steptoe, a prisoner previously confined at the Stiles Unit of the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), proceeding *pro se* and *in forma pauperis*, filed this civil rights action pursuant to 42 U.S.C. § 1983 against Angela N. Chevalier, Tina Tompkins, Ashley O'Neal, Ashanti R. Hall, and J. Back.

The Court referred this matter to the Honorable Christine L. Stetson, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this Court. On June 27, 2025, the magistrate judge recommended denying Plaintiff's Motion for Preliminary Injunction, Protective Order, and Temporary Restraining Order. Plaintiff filed Objections to the Magistrate Judge's Report and Recommendation.

The Court has conducted a *de novo* review of the objections in relation to the pleadings and the applicable law. *See* FED. R. CIV. P. 72(b). After careful consideration, the Court concludes the objections are without merit. Plaintiff sought injunctive relief to prevent officials at the Smith Unit, where Plaintiff was confined when he filed this action, from postponing payment of the filing fee for this case. Injunctive relief is not warranted because Plaintiff was granted leave to proceed *in*

*forma pauperis*. Further, the Smith Unit prison officials have no ability to interfere with Petitioner's access to the courts because he was transferred to the Clements Unit.

<u>ORDER</u>

Accordingly, Plaintiff's Objections [Dkt. 20] are OVERRULED. The findings of fact and conclusions of law of the magistrate judge are correct, and the magistrate judge's Report and Recommendation [Dkt. 17] is ADOPTED. Plaintiff's Motion for Preliminary Injunction [Dkt. 3] is DENIED.

**SIGNED this 27th day of August, 2025.**

_____
Michael J. Truncale
United States District Judge